George E. **PICKETT**, Plaintiff—Appellant,

v.

**WASHINGTON MUTUAL BANK FA; William Walt Pettit; W.J. Kellam, Jr.; Kellam & Pettit, PA**, Defendants—Appellees.

No. 05–1261.

United States Court of Appeals, Fourth Circuit.

Submitted: Nov. 23, 2005.

Decided: Dec. 16, 2005.

---

George E. Pickett, Appellant Pro Se. John Weldon O'Tuel, III, Womble, Carlyle, Sandridge & Rice, Raleigh, North Carolina; Vaiden Pearson Kendrick, Wilmington, North Carolina, for Appellees.

Before WILKINSON, LUTTIG, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

George E. Pickett appeals from the district court's order granting summary judgment in favor of the defendants on his civil action arising out of a lengthy dispute with his mortgage lender. Our review of the record, including the district court's thorough opinion, discloses no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Pickett v. Washington Mutual Bank,* No. CA–03–45–7 (E.D.N.C. Feb. 2, 2005). We deny Pickett's motion for injunction and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*